UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00691-PAB-KMT

MI COCINA, LTD.,

    Plaintiff,

v.

MI COCINA, INC. and
MI COCINA EXPRESS, INC.,

    Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR MI COCINA, LTD.

Pursuant to the District of Colorado Local Civil Rules, Rule 83.3(D), Elana M. Ribman, Esq. respectfully moves to withdraw as counsel for Plaintiff Mi Cocina, Ltd. ("Plaintiff") as set forth below.

1.    <u>D.C.COLO.LCivR 7.1(A) Certification</u>. Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned certifies that on October 27, 2010, the undersigned conferred with defense counsel, Ronnie Fischer, Esq., regarding the relief sought in this motion and that defense counsel stated that the motion to withdraw was unopposed.

2.    <u>D.C.COLO.L.Civ.R 83.3(D) Reasons for Withdrawal</u>. The reasons for withdrawal is that Elana M. Ribman, Esq. is changing firms and will no longer be working for Benenati Law Firm, P.C. Benenati Law Firm, P.C. and David A. Carman, Esq. will remain as counsel for Plaintiff. Plaintiff will not be prejudiced by undersigned counsel's withdrawal in this matter.

3. <u>D.C.COLO.L.Civ.R 83.3(D) Notice.</u> Although Plaintiff continues to be represented by counsel, pursuant to D.C.COLO.LCivR 83.3(D), because Plaintiff is an entity Plaintiff has been informed that it cannot appear without counsel admitted to practice before the United States District Court for the District of Colorado, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Plaintiff and that it is responsible for complying with all court orders and time limitations established by the Court and applicable rules. This motion has been served on the Plaintiff, and all counsel of record.

Respectfully submitted this 28th day of October, 2010.

BENENATI LAW FIRM, P.C.

By: *Elana M. Ribman*
Elana M. Ribman
*Original signature on file*
2816 Bedford Road
Bedford, Texas 76021-5919
Phone: (817) 267-4529
Fax: (817) 684-9000
ElanaRibman@benenatilaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via Electronic Filing through the Court's CM/ECF on the 28th day of October, 2010.

Ronnie Fischer
Maria Bennett
Fischer Law Firm, P.C.
1777 South Harrison Street
Suite 1500
Denver, Colorado 80210
Phone: (303) 756-2500
Fax: (303) 756-2506
Ronnie@FischerEsq.com
Maria@FischerEsq.com

Rick Martin
Patent Law Office of Rick Martin, P.C.
P.O. Box 1839
Longmont, Colorado 80502
Phone: (303) 651-2177
Fax: (303) 678-9953
rmartin@patentcolorado.com

Further, a true and correct copy of the foregoing instrument was delivered to our client via electronic mail.

_/s/ Elana M. Ribman_
Elana M. Ribman